UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MERKELO, | No. 2:14-cv-2010-KJM-EFB PS |
| Plaintiff, | |
| v. | **ORDER** |
| RODNEY SPIDELL, | |
| Defendant. | |

On September 2, 2014, Magistrate Judge Edmund Brennan issued findings and recommendations in this matter. ECF No. 3. On September 18, 2014, defendant Rodney Spidell filed a motion for a ten-day extension of time to respond to the findings and recommendations. ECF No. 4. In an order issued on October 1, 2014, Judge Brennan granted the motion, allowing the parties an additional ten days from the date of that order to file objections. ECF No. 5. On October 9, 2014, before the expiration of that ten-day period, this court adopted Judge Brennan's findings and recommendation and remanded the case to the Superior Court for the County of Sacramento. ECF No. 6.

/////

/////

/////

1

1   To allow the parties time to file objections within the ten-day period ordered by
2  Judge Brennan, the previous order adopting Judge Brennan's findings and recommendations and
3  remanding the case is VACATED, and this court retains jurisdiction.
4   IT IS SO ORDERED.
5  Dated: October 14, 2014.

UNITED STATES DISTRICT JUDGE